# United States Court of Appeals
## For the Eighth Circuit

———————————————————

No. 18-2285

———————————————————

Michael Paul Shelton

*Plaintiff - Appellant*

v.

McLeod County; McLeod County Jail; Sheriff Scott Rehmann, in his official capacity as Sheriff of McLeod County; John Doe; Jane Doe, #1; Jane Doe, #2; Various Unknown Corrections Officers, Doctors, and Nurses, assigned to the McLeod County Jail

*Defendants - Appellees*

———————————

Appeal from United States District Court
for the District of Minnesota - Minneapolis

———————————

Submitted: May 7, 2019
Filed: May 10, 2019
[Unpublished]

———————————

Before COLLOTON, WOLLMAN, and KELLY, Circuit Judges.

———————————

PER CURIAM.

Michael Shelton appeals after the district court[1] adversely granted summary judgment on his 42 U.S.C. § 1983 complaint claiming that jail officials were deliberately indifferent to his serious medical needs. Having carefully reviewed the record and the parties' arguments on appeal, we conclude that the grant of summary judgment was proper. See Odom v. Kaizer, 864 F.3d 920, 921 (8th Cir. 2017) (grant of summary judgment is reviewed de novo); see also Saylor v. Nebraska, 812 F.3d 637, 644 (8th Cir. 2016) (discussing medical deliberate-indifference standard; the plaintiff must prove, inter alia, that the defendants actually knew of but deliberately disregarded his serious medical need); Meuir v. Greene Cty. Jail Emps., 487 F.3d 1115, 1118–19 (8th Cir. 2007) (inmates have no constitutional right to receive a particular or requested course of treatment, and prison doctors remain free to exercise their independent medical judgment).

Accordingly, we affirm the judgment. See 8th Cir. R. 47B.

_____

[1]The Honorable John R. Tunheim, Chief Judge, United States District Court for the District of Minnesota, adopting the report and recommendation of the Honorable Steven E. Rau, United States Magistrate Judge for the District of Minnesota.